1  RUSSELL J. FRACKMAN (SBN 49087)
   rjf@msk.com
2  CHRISTINE LEPERA (*pro hac vice* motion forthcoming)
   ctl@msk.com
3  CHRISTINA E. DJORDJEVICH (SBN 262721)
   cyd@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Plaintiffs

8

           UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | CASE NO. CV12-5386-PSWC (CRZx)<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Daniel Auerbach ("Auerbach") and Patrick Carney ("Carney") (collectively and professionally known as "The Black Keys"), Plaintiff The Black Keys Partnership d/b/a McMoore McLesst Publishing and Plaintiff Brian Burton p/k/a Danger Mouse d/b/a Sweet Science ("Burton") (collectively, "Plaintiffs") aver as follows:

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## PRELIMINARY STATEMENT

1. Plaintiffs bring this action seeking to put an immediate stop to, and to obtain redress for, Defendants' blatant and purposeful infringement of the copyright in Plaintiffs' musical composition entitled "*Lonely Boy*."

2. Plaintiffs are hugely successful musical artists and songwriters. Plaintiffs Auerbach and Carney comprise the Grammy Award-winning, critically acclaimed musical duo "The Black Keys," whose most recent album "*El Camino*" debuted at Number 2 on the Billboard 200 Chart, has been certified Gold and has sold more than 800,000 units. Plaintiff Burton, professionally known as "Danger Mouse," is also a lauded musical artist, songwriter and producer. Burton formed the enormously popular duo "Gnarls Barkley" and was named "Producer of the Year" at the Grammy Awards in 2011. "*Lonely Boy*", which was co-written by the Plaintiffs, is the lead single from the album "*El Camino*."

3. Recognizing Plaintiffs' popularity, talent and goodwill, and in a brazen and improper effort to capitalize on Plaintiffs' hard-earned success, Defendants have created and publicized (or caused to be created and publicized) a commercial advertisement for "Ryobi" brand power tools which prominently features significant portions of Plaintiffs' musical composition "*Lonely Boy*" without authorization from Plaintiffs. Defendants' infringing commercial advertisement can be viewed at http://www.youtube.com/watch?v=btTEaFJV8hQ.

4. Defendants' conduct is causing, and unless immediately enjoined will continue to cause, enormous and irreparable harm to Plaintiffs. Defendants may not continue to exploit Plaintiffs' musical composition without authorization in order to advertise products to the public. Defendants' conduct must immediately be stopped and Plaintiffs must be compensated for Defendants' willful acts of infringement.

## JURISDICTION AND VENUE

5. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

6. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7. This Court has personal jurisdiction over Defendants because, among other things, Defendants are doing business in the State of California and in this judicial district, the acts of infringement complained of herein occurred in the State of California and in this judicial district, and Defendants have caused injury to Plaintiffs and their intellectual property in the State of California and in this judicial district.

8. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), and/or § 1400(a).

## THE PARTIES

9. Plaintiff Auerbach is a musical artist and a songwriter, a co-author of the musical composition entitled "*Lonely Boy*," and a legal and/or beneficial owner of a copyright interest in and to that musical composition.

10. Plaintiff Carney is a musical artist and a songwriter, a co-author of the musical composition entitled "*Lonely Boy*," and a legal and/or beneficial owner of a copyright interest in and to that musical composition.

11. Plaintiff The Black Keys Partnership d/b/a McMoore McLesst Publishing is a copyright owner and claimant in and to the musical composition "*Lonely Boy*."

12. Plaintiff Burton, individually and d/b/a Sweet Science, is a musical artist, songwriter and producer, a co-author of the musical composition entitled "*Lonely Boy*," and a legal and/or beneficial owner of a copyright interest in and to that musical composition.

13. Defendant The Home Depot, Inc. ("Home Depot"), is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Atlanta, Georgia. Home Depot does business throughout the United States, including in this judicial district. Home Depot is engaged in the business of, among other things, advertising, marketing and selling home improvement products.

14. The true names and capacities, whether individual, corporate, associate, or otherwise, of defendants sued herein as Does 1 through 10, inclusive, are unknown to Plaintiffs, who therefore sue said defendants by such fictitious names (the "Doe Defendants"). Plaintiffs will seek leave of Court to amend this complaint to state their true names and capacities when they have been ascertained. Plaintiffs are informed and believe, and on that basis aver, that the Doe Defendants are liable to Plaintiffs as a result of their participation in all or some of the acts hereinafter set forth. Home Depot and the Doe Defendants are referred to collectively herein as "Defendants."

15. Plaintiffs are informed and believe, and on that basis aver, that, at all times mentioned in this complaint, each of the Defendants was the agent and/or alter ego of each of the other Defendants and, in doing the things alleged in this complaint, was acting within the course and scope of such agency.

## GENERAL AVERMENTS

16. Plaintiffs are the co-authors of the music and lyrics to the original musical composition "*Lonely Boy*." Plaintiffs own the rights and title to the copyright in the composition "*Lonely Boy*" (the "Infringed Composition") as authors and through their publishing entities McMoore McLesst Publishing and Sweet Science.

17. Plaintiffs filed an application for copyright registration with the United States Copyright Office for the musical composition "*Lonely Boy*" on December 9, 2011, and are awaiting the issuance of a registration. A true and

correct copy of Plaintiffs' application for copyright registration is annexed hereto as <u>Exhibit A</u>.

18. *"Lonely Boy"* was recorded by The Black Keys in 2011, and was released in October 2011 as the lead single from The Black Keys' seventh album entitled *"El Camino,"* which album was subsequently released to the public in December 2011 by Nonesuch Records, a division of the Warner Music Group.

19. In or around May 2012, it came to Plaintiffs' attention that Defendants and/or their agents reproduced, distributed, and/or publicly performed (and/or caused to be reproduced, distributed, and/or publicly performed) a substantial portion of the Infringed Composition without Plaintiffs' authorization in a commercial advertisement for "Ryobi" power tools, which can be viewed at http://www.youtube.com/watch?v=btTEaFJV8hQ (the "Infringing Advertisement").

20. Defendants do not have any license, authorization, permission or consent to use the Infringed Composition.

21. In fact, on May 22, 2012, through The Black Keys' exclusive publishing administrator Wixen Music Publishing, Inc., located in California, Plaintiffs provided written notice to Defendant Home Depot that the Infringing Advertisement constitutes infringement of Plaintiffs' rights and demanded that Defendant Home Depot immediately cease and desist from any further use of the Infringed Composition. Nevertheless, Defendants continue to willfully, intentionally and purposefully use and exploit the Infringed Composition for their own financial benefit with full knowledge that such use constitutes infringement of, and is in disregard of, Plaintiffs' rights.

# COUNT I

## COPYRIGHT INFRINGEMENT

### (17 U.S.C. §§ 106 and 501)

(By Plaintiffs Against Defendants)

22. Plaintiffs incorporate herein by this reference each and every averment contained in paragraphs 1 through 21, inclusive.

23. Through their conduct averred herein, Defendants have infringed Plaintiffs' copyright in the Infringed Composition in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

24. Defendants' acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to Plaintiffs' rights.

25. As a direct and proximate result of said infringement by Defendants, Plaintiffs are entitled to damages in an amount to be proven at trial.

26. Plaintiffs are also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of and a constructive trust with respect to such profits.

27. Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

28. As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiffs are informed and believe and on that basis aver that unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiffs' rights in the Infringed Composition. Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, jointly and severally, as follows:

1. For damages in such amount as may be found, or as otherwise permitted by law.

2. For an accounting of, and the imposition of constructive trust with respect to, Defendants' profits attributable to their infringements of Plaintiffs' copyright in the Infringed Composition.

3. For a preliminary and permanent injunction prohibiting Defendants, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from continuing to infringe Plaintiffs' copyright in the Infringed Composition.

4. For prejudgment interest according to law.

5. For Plaintiffs' attorneys' fees, costs, and disbursements in this action.

6. For such other and further relief as the Court may deem just and proper.

RUSSELL J. FRACKMAN
CHRISTINE LEPERA
(*pro hac vice* motion forthcoming)
CHRISTINA E. DJORDJEVICH
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Russell J. Frackman
Russell J. Frackman
Attorneys for Plaintiffs

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury.

Date: June 21, 2012         RUSSELL J. FRACKMAN
                            CHRISTINE LEPERA
                            (*pro hac vice* motion forthcoming)
                            CHRISTINA E. DJORDJEVICH
                            MITCHELL SILBERBERG & KNUPP LLP

                            By: /s/ Russell J. Frackman
                            Russell J. Frackman
                            Attorneys for Plaintiffs

# EXHIBIT A

# *-APPLICATION-*

## Title

**Title of Work:** El Camino
**Contents Titles:** Run Right Back
Dead And Gone
Money Maker
Mind Eraser
Nova Baby
Lonely Boy
Sister
Gold On The Ceiling
Stop Stop
Hell Of A Season
Little Black Submarines

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** December 6, 2011    **Nation of 1st Publication:** United States

## Author

- **Author:** Dan Auerbach
**Author Created:** music, lyrics
**Citizen of:** United States    **Domiciled in:** United States

- **Author:** Patrick Carney
**Author Created:** music, lyrics
**Citizen of:** United States    **Domiciled in:** United States

|  |  |
|---|---|
| Author: | Brian Burton |
| Author Created: | music, lyrics |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright claimant

|  |  |
|---|---|
| Copyright Claimant: | McMoore McLesst Publishing |
|  | 24025 Park Sorrento, Suite 130, Calabasas, CA, 91302, Yemen |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Sweet Science |
|  | PO Box 340020, Nashville, TN, 37203, United States |
| Transfer Statement: | By written agreement |

## Certification

|  |  |
|---|---|
| Name: | Randall Wixen |
| Date: | December 9, 2011 |

Registration #:

Service Request #: 1-696593381

Priority: Routine    Application Date: December 9, 2011 11:01:59 AM

## Correspondent

Organization Name: Wixen Music Publishing, Inc.

Name: Jennifer Suomi

Email: jsuomi@wixenmusic.com

Address: 24025 Park Sorrento
Suite 130
Calabasas, CA 91302 United States

## Mail Certificate

Wixen Music Publishing, Inc.
Jennifer Suomi
24025 Park Sorrento
Suite 130
Calabasas, CA 91302 United States

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV12- 5386 RSWL (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Russell J. Frackman (SBN 49087) jcf@msk.com
Christine Lepera (pro hac vice motion forthcoming)
ctl@msk.com
Christina E. Djordjevich (SBN 262721) cyd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064-1683
Tel. (310) 312-2000;  Fax (310) 312-3100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE, <br><br>PLAINTIFF(S) <br>v. <br><br>THE HOME DEPOT, INC., a Delaware corporation; and DOES 1 – 10, inclusive, <br><br>DEFENDANT(S). | CASE NUMBER <br><br> CV12-5386-PSW(RZx) <br><br><br>SUMMONS |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Russell J. Frackman</u>, whose address is <u>MITCHELL SILBERBERG & KNUPP, 11377 West Olympic Blvd., Los Angeles, California 90064-1683</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated:  JUN 21 2012

Clerk, U.S. District Court

By: _____
     Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)     SUMMONS



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Daniel Auerbach;
Patrick Carney;
The Black Keys Partnership d/b/a McMoore McLesst Publishing;
Brian Burton p/k/a Danger Mouse individually and d/b/a Sweet Science

**DEFENDANTS**
The Home Depot, Inc., a Delaware corporation; and Does 1-10, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Russell J. Frackman
Christine Lepera
Christina E. Djordjevich
Mitchell Silberberg & Knupp LLP
11377 W. Olympic Blvd., Los Angeles, CA 90064-1683
Tel. (310) 312-2000; Fax (310) 312-3100

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement under 17 U.S.C. §§ 106 and 501 based on Defendants' unauthorized use of Plaintiffs' composition.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV12-5386**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                    CIVIL COVER SHEET                              Page 1 of

COPY

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff Brian Burton resides in Los Angeles County | Plaintiff Daniel Auerbach resides in Tennessee<br>Plaintiff Patrick Carney resides in Tennessee<br>Plaintiff The Black Keys Partnership resides in Tennessee |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Defendant Home Depot, Inc. resides in Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _/s/ Russell J. Frackman_　　Date June 21, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com