UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 12-05386-ODW | Date | November 13, 2012 |
|---|---|---|---|
| Title | *Auerbach et al. v. The Home Depot et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**   **(1) Order Vacating Scheduling Conference**

**(2) Order to Show Cause re: Settlement[x]**

    The Court has received the parties' stipulation to further continue the scheduling conference in this matter on grounds that the parties have reached a settlement agreement that will result in dismissal of this action. (ECF No. 23.) Rather than continue the scheduling conference yet again, the Court hereby **VACATES** the scheduling conference and **ORDERS** the parties to show cause why settlement has not been finalized. The Court sets a hearing on the OSC for **Monday, January 7, 2013, at 1:30 p.m.**

    The OSC hearing will be vacated upon the filing of a stipulation and proposed order of dismissal.

**IT IS SO ORDERED.**

                                                                                        :   00

                                          Initials of Preparer     SE