RUSSELL J. FRACKMAN (State Bar No. 49078)
rjf@msk.com
CHRISTINE LEPERA (*pro hac vice* motion forthcoming)
ctl@msk.com
CHRISTINA E. DJORDJEVICH (SBN 262721)
cyd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Fax: (310) 312-3100

Attorneys for Plaintiffs

LOUIS A. KARASIK (State Bar No. 100672)
lou.karasik@alston.com
RACHEL M. CAPOCCIA (State Bar No. 187160)
rachel.capoccia@alston.com
CASONDRA K. RUGA (State Bar No. 237597)
casondra.ruga@alston.com
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Fax: (213) 576-1100

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.   12-cv-05386-ODW-JC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Assigned to the Hon. Otis D. Wright II<br>Crtrm. 11<br><br>Action Filed: June 21, 2012 |

Mitchell Silberberg & Knupp LLP
4848678.1

1

STIPULATION OF DISMISSAL WITH PREJUDICE

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and among the undersigned counsel for Plaintiffs Daniel Auerbach and Patrick Carney (collectively, "The Black Keys"), The Black Keys Partnership d/b/a McMoore McLesst Publishing, and Brian Burton p/k/a Danger Mouse individually and d/b/a Sweet Science, and the undersigned counsel for the Defendant The Home Depot, Inc., that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice, without costs or attorneys' fees against any party.

Dated: December 12, 2012

**MITCHELL SILBERBERG & KNUPP LLP**
Russell J. Frackman
Christine Lepera
Christina E. Djordjevich

By: /s/ Christina E. Djordjevich
Christina E. Djordjevich
Attorneys for Plaintiffs

Dated: December 7, 2012

**ALSTON & BIRD LLP**
Lou A. Karasik
Rachel M. Capoccia
Casondra K. Ruga

By: /s/ Casondra K. Ruga
Casondra K. Ruga
Attorneys for Defendant