JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE HOME DEPOT, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>          Defendants. | CASE NO. 12-CV-05386-ODW(JCX)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Assigned to the Hon. Otis D. Wright II<br>Crtrm. 11<br><br>Action Filed: June 21, 2012 |

1

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

5018596.1

1   After consideration of the parties' Stipulation of Dismissal with Prejudice,
2   and good cause having been shown,
3   IT IS ORDERED that this action is dismissed with prejudice, without costs
4   or attorneys' fees against any party.

8   DATED:  12-17-12_____    _____
                                            Honorable Otis D. Wright II
                                            United States District Judge

2

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

5018596.1